United States District Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM MARTINEZ, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-01270 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SN SERVICING | § | |
| CORPORATION, *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiffs Adam Martinez, Hugo Cervantes, Raquel Vega Cervantes Martinez, Antonio Escamilla Martinez, and Nyeli Biana Escamilla proceed here *pro se*. They filed a motion to remand. Dkt 4.

This action was referred to Magistrate Judge Yvonne Ho. Pending is a Memorandum and Recommendation recommending that the motion to remand be denied because (i) subject matter jurisdiction is proper based on both federal question and diversity jurisdiction, and (ii) removal was procedurally proper. See Dkt 60.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 60.

The motion for remand is DENIED. Dkt 4.

SO ORDERED.

Signed on December 1, 2025, at Houston, Texas.

*[signature]*
Hon Charles Eskridge
United States District Judge

2